FILED
2007 Sep-28  PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:** |
| | ) | **2:05-CR-00543-CLS-TMP** |
| **JEWELL C. "CHRIS" MCNAIR,** | ) | |
| **SOHAN P. SINGH,** | ) | |
| **EDWARD T. KEY, JR., and** | ) | |
| **US INFRASTRUCTURE, INC.** | ) | |
| | ) | |
| **Defendants** | ) | |

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW the defendant, Sohan P. Singh, and hereby provides notice of appeal to the Eleventh Circuit Court of Appeals, pursuant to 28 U.S.C. 1201, from his December 8, 2006 jury verdict and September 19, 2007 sentencing.

Respectfully submitted this the 28th day of September, 2007.

s/ Bob Kirpalani
Bob Kirpalani
Attorney for Defendant, Sohan P. Singh

Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 251-1000

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the attorneys of record.

_____
Of Counsel

505307.2